**JIHUI ZHANG, Plaintiff–Appellant,**

v.

**FEDERATION OF STATE MEDICAL BOARDS; National Board of Medical Examiners; Prometric, Defendants–Appellees.**

**No. 12–1264.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Jihui Zhang, Appellant Pro Se. Jon Berkelhammer, Patrick Michael Kane, Smith Moore Leatherwood LLP, Greensboro, North Carolina; Benjamin R. Norman, Reid Lloyd Phillips, Brooks, Pierce, Mclendon, Humphrey & Leonard, Greensboro, North Carolina, for Appellees.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jihui Zhang appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zhang v. Fed'n of State Med. Bds.*, No. 1:11–cv–00129–CCE–PTS (M.D.N.C. Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*